263 F.2d 839
 Kermit H. SEVERSON, d/b/a Cardel Company, Appellant,
v.
Marcus FLECK.
 No. 16123.
 United States Court of Appeals Eighth Circuit.
 Feb. 4, 1959.
 
 Eugene L. Heck, Minneapolis, Minn., and Strutz, Jansonius & Fleck, Bismarck, N.D., for appellant.
 Kelsch, Scanlon & Kelsch, Mandan, N.D., and Garrity & Garrity, Moorhead, Minn., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on motion of appellant. See 8 Cir., 251 F.2d 920.